SINA BAHADORAN
Florida Bar No. 523364
sina.bahadoran@clydeco.us
MICHELE A. VARGAS
Florida Bar No. 686395
michele.vargas@clydeco.us

Clyde & Co US LLP
1221 Brickell Avenue
Suite 1600
Miami, Florida 33131
T: 305.446.2646
*Admitted pro hac vice*

BRIAN D. HARRISON, State Bar No. 157123
*brian.harrison@clydeco.us*
DAVID RHODES, State Bar No. 214493
*david.rhodes@clydeco.us*
CLYDE & CO LLP
Four Embarcadero Center
Suite 1350
San Francisco, CA 94111
Telephone:  415-365-9800
Facsimile:   415-365-9801

Attorneys for Plaintiff
KINSALE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINSALE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>           v.<br><br>AMERICAN GENERAL RESOURCES, LLC, MICHAEL RAY, and VLADIMIR EFROS,<br><br>        Defendants. | Case No. 3:21-cv-02569-JD<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**KINSALE'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

KINSALE INSURANCE COMPANY, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), gives notice that this matter is dismissed without prejudice. Each party to bear its respective attorney's fees and costs.

1  Dated: May 27, 2021                            CLYDE & CO LLP

3                                              By:   /s/ *Brian D. Harrison*
                                                     Brian D. Harrison
4                                                    David M. Rhodes
                                                     Attorneys for Plaintiff KINSALE INSURANCE
5                                                    COMPANY

6                                                    and

7                                                    s/MICHELE A. VARGAS
                                                     Sina Bahadoran
8                                                    Florida Bar No. 523364
                                                     Sina.Bahadoran@Clydeco.us
9                                                    Michele A. Vargas
                                                     Florida Bar No. 686395
10                                                   Michele.Vargas@Clydeco.us

11                                                   CLYDE & CO US LLP
                                                     1221 Brickell Avenue, Suite 1600
12                                                   Miami, Florida 33131
                                                     T: 305.446.2646
13                                                   *Admitted pro hac vice*

Case No. 3:21-cv-02569-JD

2

KINSALE'S NOTICE OF DISMISSAL WITHOUT PREJUDICE

**CERTIFICATE OF SERVICE**

I certify that on May 27, 2021, a true and correct copy of the foregoing motion was filed and served via the CM/ECF system on all parties registered to receive such service.

/s/ *Brian D. Harrison*
Brian D. Harrison